IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

DAVID L. RIES,

        Defendant.
_____/

CR. NO. S-94-0009 EJG

ORDER DENYING MOTION TO REMIT FINE

    Defendant has filed a motion seeking to remit or cancel the fine imposed as part of his criminal sentence September 18, 1995. No objection was made to the fine at the time of sentence. The sentence was affirmed on appeal and defendant's various post-conviction motions have been denied. In the absence of authority to support his position, defendant's motion for remission of fine is DENIED.

    IT IS SO ORDERED.

Dated: July 21, 2006

                        /s/ Edward J. Garcia

                        EDWARD J. GARCIA, JUDGE
                        UNITED STATES DISTRICT COURT